UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TOMMY JOE OWENS, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No.: 3:14-cv-529-TAV-HBG |
| ) | |
| GERALD MCALLISTER, Warden, ) | |
| ) | |
| *Respondent*. ) | |

## MEMORANDUM AND ORDER

This attorney-filed petition for a writ of habeas corpus, 28 U.S.C. § 2254, challenges the petitioner's 2005 Campbell County, Tennessee convictions for three counts of aggravated child abuse and one count of aggravated child neglect, for which he received an effective sentence of ninety-five (95) years' imprisonment. The Clerk is **DIRECTED** to serve copies of the petition and this Memorandum and Order upon the respondent and the Attorney General for The State of Tennessee.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, the respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts. The respondent should specifically address whether the petition was timely filed and whether the petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**ENTER**:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE